MINUTE ENTRY
VAN MEERVELD
May 15, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARBARA RIVERA-FULTON, in her capacity as Trustee of the BANKRUPTCY ESTATE OF PENELOPE MARCEL, and PENELOPE MARCEL<br>    *Plaintiffs* | * * * * * | CIVIL ACTION<br>NO. 16-16608<br><br>SECTION: "E" (1) |
| VERSUS | * * | JUDGE SUSIE MORGAN |
| MICHAEL J. SAUCIER, GULF STATES REAL ESTATE SERVICES OF LOUISIANA, LLC, and TRAVELERS INSURANCE COMPANY OF AMERICA<br>    *Defendants* | * * * * | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

A settlement conference was held on Tuesday, May 15, 2018.

PRESENT:   *For the Plaintiff:*   Dominick Impastato, Vincent Impastato, Penelope Marcel

             *For the Defendants:*   Barbara Malik Weller

Negotiations were successful and resulted in the settlement of all claims. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

                                                  Janis van Meerveld
                                                  United States Magistrate Judge

MJSTAR: 02:40