UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BARBARA RIVERA-FULTON, | * | CIVIL ACTION |
| VERSUS | * | NO. 16-16608 "E"(1) |
| MICHAEL J. SAUCIER, ET AL. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DISMISSAL AND CONFIDENTIALITY

Considering the foregoing Voluntary Motion to Dismiss by Stipulation,

**IT IS ORDERED BY THE COURT** that the above referenced action between the parties hereto be and the same is hereby dismissed, with prejudice, each party to bear their own costs. The court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**IT IS FURTHER ORDERED** that the terms of the subject settlement are not to be disclosed by Penny Marcel.

New Orleans, Louisiana, this __4th__ day of September, 2018.

_____
JUDGE